# Court of Appeals
# of the State of Georgia

ATLANTA,   September 27, 2022

*The Court of Appeals hereby passes the following order:*

## A23A0233. ROBERT MCDUFFIE v. ANTOINE CALDWELL.

In March 2000, a jury found Robert McDuffie guilty of three counts of child molestation and one count of sexual exploitation of a minor. McDuffie's convictions were affirmed on appeal in an unpublished opinion. See Case No. A18A1908 (decided June 25, 2019). In June 2020, McDuffie filed a petition for a writ of habeas corpus. After a hearing on the habeas petition held via Zoom, McDuffie filed motions to nullify the evidentiary hearing and re-open the evidence. The trial court entered an order denying the motions, and McDuffie filed a notice of appeal to this Court. We, however, lack jurisdiction.

Under our Constitution, the Supreme Court has exclusive appellate jurisdiction over all cases involving habeas corpus. See Ga. Const. 1983, Art. VI, Sec. VI, Par. III (4). Accordingly, we hereby TRANSFER this case to the Supreme Court for disposition.



Court of Appeals of the State of Georgia

Clerk's Office, Atlanta,   09/27/2022

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*